IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Brenda Gail Cutro,<br><br>      Petitioner,<br><br>vs.<br><br>Bryan Stirling, Commissioner, South Carolina Department of Corrections; Marion Boulware, Camille Graham Correctional Institution,<br><br>      Respondents. | C/A No. 1:16-02048-JFA<br><br><br>**ORDER** |

      Petitioner Cutro moved, (ECF No. 17), and requested an enlargement of time within which to file objections to the Magistrate Judge's Report and Recommendation, (ECF No. 15). As represented, counsel for remaining Respondent Boulware has consented to this extension. (ECF No. 17).

      Therefore, it is hereby ORDERED that Petitioner Cutro's previous deadline of November 18, 2016, to file objections to the Magistrate Judge's Report and Recommendation, is extended until November 25, 2016.

      IT IS SO ORDERED.

| | |
|---|---|
| November 15, 2016<br>Columbia, South Carolina | Joseph F. Anderson, Jr.<br>United States District Judge |